# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

162183(37)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BUTROSS DAWOOD FASHHO,
        Plaintiff-Appellant,

v

LIBERTY MUTUAL INSURANCE COMPANY,
        Defendant-Appellee.
_____/

SC: 162183
COA: 349519
Macomb CC: 2018-000408-NF

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on December 11, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2020



Clerk